HARRIETT W. PETERS, as Administratrix, etc., of ALICE M. WHITE, Deceased, Respondent, v. LANCELOT M. BERKELEY, Appellant.— Order of September 13, 1927, reversed, with ten dollars costs and disbursements, and motion granted so as to direct the examination of the witness to proceed at Port Jefferson, L. I., at

a time to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LaBoyteaux & Company, Respondent, v. Omer Feizi, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.